**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00046-CR

**ULYSSES JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-41409-S**

## ORDER

Appellant's June 3, 2013 unopposed motion for extension of time to file appellant's brief

is **GRANTED**.  The time to file appellant's brief is **EXTENDED** to **June 20, 2013**.


/s/      LANA MYERS
         JUSTICE